# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| U.S. Synthetic Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>Fujian Wanlong Superhard Material Technology Co.,<br><br>  Defendant. | CIVIL ACTION NO. 4:20-cv-03975<br><br>**JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated January 25, 2021 (Dkt. #20) ("Order") staying this matter, Plaintiff U.S. Synthetic Corporation and Defendant Fujian Wanlong Superhard Material Technology Co., Ltd. hereby jointly submit this report on the status of the related United States International Trade Commission ("ITC" or "Commission") Investigation No. 337-TA-1236 ("ITC Investigation"), which was the basis for the stay of this suit.

On December 29, 2020, the Commission instituted the ITC Investigation pursuant to subsection (b) of section 337 of the Tariff Act of 1930 (19 U.S.C. § 1337). 85 Fed. Reg. 85662 (Dec. 29, 2020). On February 19, 2021, the Commission notified the parties that the target date for the ITC Investigation is May 20, 2022, and the Final Initial Determination is due by January 21, 2022. The Administrative Law Judge has informed the parties that these dates are subject to change because of restrictions and uncertainty due to the COVID-19 pandemic. Accordingly, the ITC Investigation, including discovery in the matter, is in its initial stages and ongoing.

Per the Court's Order, the parties will continue to notify the Court of the status of the ITC Investigation every 60 days after this status report.

1

Dated:  April 2, 2021	Respectfully submitted,

By: */s/ Miranda Y. Jones*
Miranda Jones
Attorney-in-Charge
Texas Bar No.  24065519
Southern District ID No. 1147635
Erin C. Villaseñor
Texas Bar No.  24072407
Southern District ID No. 1114483
**PORTER HEDGES LLP**
1000 Main St 36th floor,
Houston, Texas 77002
(713) 226-6000 Phone
(713) 228-6000 Fax
mirandajones@porterhedges.com
evillaseñor@porterhedges.com


James R. Barney*
Mareesa A. Frederick*
Kelly S. Horn*
Alexander E. Harding*
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, DC 20001
(202) 408-4000 Phone
james.barney@finnegan.com
mareesa.frederick@finnegan.com
kelly.horn@finnegan.com
alexander.harding@finnegan.com

Daniel C. Cooley*
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer St.
Suite 800
Reston, VA 20190
(571) 203-2700 Phone
daniel.cooley@finnegan.com

**ATTORNEYS FOR U.S. SYNTHETIC CORPORATION**

*\*admitted pro hac vice*

Respectfully submitted,

*/s/ Garland "Land" Murphy*
Garland "Land" Murphy
State Bar No. 24058010
Jacquelyn R. Rex
Fed. Bar No. 3160021
State Bar No. 24098317
**SMYSER KAPLAN & VESELKA, LLP**
717 Texas Avenue, Suite 2800
Houston, TX 77002
Telephone: (713) 221-2300
Fax: (713) 221-2320
lmurphy@skv.com
jrex@skv.com


Of Counsel:

Patrick J. McCarthy*
D.C. Bar No. 990490
**Goodwin Procter LLP**
1900 N Street, N.W.
Washington, D.C. 20036
Telephone: 202-346-4000
Facsimile: 202-346-4444
PMcCarthy@goodwinlaw.com

Todd Marabella*
Massachusetts Bar No. 682525
**Goodwin Procter LLP**
100 Northern Avenue
Boston, MA 02210
Telephone: 617-570-1000
Facsimile: 617-523-1231
TMarabella@goodwinlaw.com

*Pro hac to be filed*

**COUNSEL FOR DEFENDANT FUJIAN WANLONG SUPERHARD MATERIAL TECHNOLOGY CO., LTD.**

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April 2021, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Court's CM/ECF system upon all counsel of record.

/s/ *Miranda Y. Jones*

11008504v1